UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMES E. HARRELL, JR.,

                Plaintiff,

        - against -

MR. HESS, Commissioner N.Y.C. Dept. of
Homeless Services; MS. NIXON, Director
Atlantic Avenue Men's Shelter; JACKSON
SINGLETARY, Peace Officeer; JOHN DOE
#2, Dept. of Homeless Services Police Officer;
JOHN DOE #3, Dept. of Homeless Services
Police Officer,

                Defendants.
-----------------------------------------------------------X

**ORDER**

07 CV 4091 (RJD) (LB)

DEARIE, Chief Judge.

This Court has reviewed the Report & Recommendation of Magistrate Judge Lois Bloom, dated April 9, 2008. No objections have been filed.

The Report & Recommendation is adopted in its entirety and the instant action is dismissed accordingly.

SO ORDERED.

Dated: Brooklyn, New York
       April 25, 2008

                                            RAYMOND L. DEARIE
                                            United States District Judge